**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :    No. 12 MAL 2017

                     Petitioner    :

   :    Petition for Allowance of Appeal from
   :    the Order of the Superior Court
                    v.    :

JOHN RICHARD VETTER, III,    :

                   Respondent    :

## ORDER

**PER CURIAM**

     **AND NOW**, this 14th day of June, 2017, the Petition for Allowance of Appeal is **DENIED**.